UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    Petitioner,

v.                                  Case No. 1:25cv147-MCR-MAF

**SECRETARY, Florida Department
of Children and Families,**

    Respondent.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated August 21, 2025. *See* ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, ECF No. 4, is **DISMISSED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**